UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23757-CIV-WILLIAMS

**VICTOR ARIZA**,

    Plaintiff,

vs.

**THE RUNNER'S HIGH, INC.,**
**a Florida for-profit corporation,**

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant THE RUNNER'S HIGH, INC., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: March 29, 2023.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By    *s/ Roderick V. Hannah*    | By    *s/ Pelayo M. Duran*    |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**KLUGER, KAPLAN SILVERMAN,
 KATZEN & LEVINE, P.L.**
Counsel for Defendant
201 South Biscayne Boulevard, Suite 2700
Miami, FL  33131
(305) 379-9000
mlanden@klugerkaplan.com

By     */s/ Michael T. Landen*
         MICHAEL S. PERSE
         Fla. Bar No. 603619
         MICHAEL T. LANDEN
         Fla. Bar No. 161144

2